UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RONALD MASTRANGELO,

    Plaintiff,

vs.                                    CASE NO. 6:07-CV-699-ORL-19GJK

DENNY'S, INC.,

    Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 43, filed April 17, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 43) is **ADOPTED and AFFIRMED.** The Amended Joint Motion to Approve Settlement Agreement (Doc. No. 42, filed April 15, 2008) and the Joint Stipulation for Final Order of Dismissal (Doc. No. 40, filed April 10, 2008) are **GRANTED.** The Settlement Agreement is hereby **APPROVED** to the extent it is a fair and reasonable resolution of a bona fide dispute of the FLSA issues, and this case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this __24th__ day of April, 2008.

_[signature]_
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record